OPINION — AG — ** PERSONAL — PRIVATE TAX COLLECTORS ** (1) THE PROVISO OF 68 O.S. 356 [68-356], MENTIONED, RELATING TO THE EMPLOYMENT BY BOARD OF COUNTY COMMISSIONERS OF WHAT YOU REFER TO AS "PERSONAL TAX COLLECTORS" IS STILL UNCONSTITUTIONAL AND WITHOUT FORCE OR EFFECT. (2) OPINION NO. APRIL 12, 1946 IS HEREBY WITHDRAWN. (PRIVATE, CONTRACT TAX COLLECTORS) CITE: 75 O.S. 101 [75-101], 75 O.S. 113 [75-113] 75 O.S. 102 [75-102], 37 O.S. 31 [37-31], 37 O.S. 32 [37-32] (FRED HANSEN)